**Lewis NELSON et al. v. Josephine N. BREITENBUCHER.**

No. 1601.

Circuit Court of Appeals, Tenth Circuit.

Jan. 13, 1938.

Paul C. Sprinkle, of Kansas City, Mo., for appellants.

Edwin S. McAnany, of Kansas City, Kan., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee, at appellants' costs, on the grounds that the order appealed from is not an ap-

pealable order. Wayne G. Hunt v. United States, 10 Cir., 53 F.2d 333.